UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| William S. Watkins, | Case No. 2:26-cv-00159-JAD-DJA |
| Plaintiff | |
| v. | **Order Granting Motion to Voluntarily Dismiss Complaint and Closing the Case** |
| James Dzurenda, | |
| Defendant | |

I.      DISCUSSION

Plaintiff William S. Watkins moves to voluntarily dismiss this civil-rights action that he filed earlier this year.[1]  Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to dismiss his own case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2]  Because Watkins's case remains in that early stage for which Rule 41(a)(1) permits voluntary dismissal, I grant his request and deny as moot all other pending motions.

IT IS THEREFORE ORDERED that Watkins's motion for voluntary dismissal **[ECF No. 5] is GRANTED**, this action is dismissed in its entirety without prejudice, all other pending motions and applications **[ECF No. 1] are DENIED as moot**, and the Clerk of the Court is directed to **CLOSE THIS CASE.**

Dated: May 11, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 5.

[2] Fed. R. Civ. P. 41(a)(1)(A)(i).